**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA**                                               **PLAINTIFF**

**v.**                            **No. 4:13CR00256-001 KGB**

**MARRICKO HILL**                                                                  **DEFENDANT**

**ORDER**

The motion of the United States of America to dismiss the indictment as to Marricko Hill is granted (Dkt. No. 20). The indictment now pending against Mr. Hill is hereby dismissed without prejudice.

IT IS SO ORDERED this 9th day of June, 2014.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge